# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FLORES,<br><br>                Petitioner,<br><br>    v.<br><br>W. L. MONTGOMERY,<br><br>                Respondent. | Case No. EDCV 16-0344-FMO (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 16, 2016

                                        /s/
                             FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE